*2:08CV 66 - WKW* Page 2

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

RECEIVED

| United States District Court | District *Middle* |
|---|---|

2008 JAN 30 AM 8:19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| Name (under which you were convicted): *Walter Armad Rashad Yates* | Docket or Case No.: *06CR168-WKW-002* |
|---|---|
| Place of Confinement: *Yazoo City Ms Low (3BL)* | Prisoner No.: *11990-002* |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |

v. *Walter Armad Rashad Yates*

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   *Federal Courthouse  One Church Street   Judge Keith Watkins*

   (b) Criminal docket or case number (if you know): *06CR168-WKW-002*

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: *May 11, 2007*

3. Length of sentence: *46 months*

4. Nature of crime (all counts): *Felon In Possession of A fireARM*

5. (a) What was your plea? (Check one)

   (1)  Not guilty ❑          (2)  Guilty ☑          (3)  Nolo contendere (no contest) ❑

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)      Jury ❑      Judge only ❑

Page 3

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ❏    No ☑

8.  Did you appeal from the judgment of conviction?    Yes ❏    No ☑

9.  If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ❏    No ☑

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ❏    No ☑

11.  If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑  No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ❑   No ❑

(2) Second petition:    Yes ❑   No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly

why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: tREAted unfairly by pROSecutoR
US. code Collection Title 28> PaRt VI Chapter 153 72255

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I signed A plea agreement to get a sentence deduction if I gave information on my Co-defendent The information I gave lead to my Co-defendent to plea guilty And I didn't get anything for my information. My Codefendent plead Not Guilty than change it to guilty after the prosecutor told his lawyer what I had sAid.

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑    No ❑

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑    No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

_____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏   No ❏

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏   No ❏

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❏   No ❏

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❏   No ❏

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏   No ❏

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏    No ❏

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏    No ❏

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?      Yes ❑  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ❑ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ❑ No ☑

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ❑  No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you
must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not
bar your motion.* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section.  The limitation period
shall run from the latest of —
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in
      violation of the Constitution or laws of the United States is removed, if the movant was
      prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if
      that right has been newly recognized by the Supreme Court and made retroactively
      applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been
      discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: Sentence deduction
that the prosecutor told me I would recieved

_____

or any other relief to which movant may be entitled.


_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on Jan. 16 08
_____ (month, date, year).


Executed (signed) on ___Jan. 14 08___ (date).

Walter C. Yates
_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____
_____
_____


IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]
* * * * *

Walter A. Yates
#11990-002
FCI Yazoo Low City Detention Facility
P.O. Box 5000
Yazoo City, MS 39194-3BL



7004 2890 0001 1077 9869





Clerk, United States District Court
Judge Keith Watkins
One Church Street
Federal Courthouse
Montgomery AL, 36104

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

|  MIDDLE  | District of |  ALABAMA  |

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | |
| WALTER ARMADRASHAD YATES | |

Case Number:        2:06cr168-002-WKW

(WO)

USM Number:        11990-002

Donnie  Bethel
Defendant's Attorney

## THE DEFENDANT:

X pleaded guilty to count(s)        2 of the Indictment on 11/21/2006

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 USC 922(g)(1) | Felon in Possession of Firearm | 11/6/2005 | 2 |

        The defendant is sentenced as provided in pages 2 through        6        of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)                              ☐ is   ☐ are  dismissed on the motion of the United States.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 10, 2007
Date of Imposition of Judgment

Signature of Judge

W. KEITH WATKINS, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

5.16.07
Date

AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | Judgment — Page ___2___ of ___6___ |
|---|---|

DEFENDANT:        WALTER ARMADRASHAD YATES
CASE NUMBER:    2:06cr168-002-WKW

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

46 Months

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be incarcerated as close to Montgomery, Alabama as possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐   at _____ ☐ a.m. ☐ p.m.    on _____ .

☐   as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X   before 2 p.m. on      June 11, 2007_____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____    to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT:        WALTER ARMADRASHAD YATES
CASE NUMBER:    2:06cr168-002-WKW

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

2 Years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:        WALTER ARMADRASHAD YATES
CASE NUMBER:      2:06cr168-002-WKW

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall participate in a program of drug testing administered by the United States Probation Office.

Judgment — Page ___5___ of ___6___

DEFENDANT:           WALTER ARMADRASHAD YATES
CASE NUMBER:         2:06cr168-002-WKW

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $                    0 | $                    0 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine   ☐ restitution.

the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

Case 2:06-cr-00168-WKW-WC    Document 74    Filed 05/16/2007    Page 6 of 6

DEFENDANT:        WALTER ARMADRASHAD YATES
CASE NUMBER:     2:06cr168-002-WKW

Judgment — Page ___6___ of ___6___

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  X  Lump sum payment of $ ___100.00___ due immediately, balance due

- ☐ not later than _____ , or
- ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  X  Special instructions regarding the payment of criminal monetary penalties:

Criminal monetary payments shall be made payable to the Clerk, U.S. District Court, Middle District of Alabama, P.O. Box 711, Montgomery, AL  36101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

X  The defendant shall forfeit the defendant's interest in the following property to the United States:
One 9mm Luger Tec-DC9, serial number D023016, and magazine loaded with 49 rounds.
One Beretta CX4-Storm 9 mm assault rifle, serial number CS0777765, and magazine loaded with 17 rounds.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# U.S. District Court
## Alabama Middle District (Montgomery)
## CRIMINAL DOCKET FOR CASE #: 2:06-cr-00168-WKW-WC-2
### Internal Use Only

Case title: USA v. Rollins et al

Date Filed: 07/11/2006
Date Terminated: 05/16/2007

---

Assigned to: Honorable William Keith Watkins
Referred to: Honorable Wallace Capel, Jr

### Defendant

**Walter Armadrashad Yates** (2)
*TERMINATED: 05/16/2007*
*also known as*
Dominic Jermaine Henderson (2)
*TERMINATED: 05/16/2007*

represented by **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Donnie Wayne Bethel**
Federal Defenders
201 Monroe Street
Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 834-0358
Email: don_bethel@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18:922(g)(1) UNLAWFUL TRANSPORT OF FIREARMS, ETC. - UNLAWFUL TRANSPORT OF FIREARMS - NMT $250,000; [*]; NMT 10YR; B; NMT 3YR SUP REL;

### Disposition

46 Mos Imp; 2Y SUP REL; $100 SA

G/L; VWPA; $100 AF
(2)

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**
None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**USA**                                    represented by  **John T. Harmon**
U.S. Attorneys Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 334-223-7560
Email: john.harmon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tommie Brown Hardwick**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 334-223-7135
Email: tommie.hardwick@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/11/2006 | 1 | INDICTMENT as to Quintin Lemuel Rollins (1) count(s) 1, Walter Armadrashad Yates (2) count(s) 2. (FORFEITURE ALLEGATION) (ws ) Modified on 8/23/2006 (ws, ). (Entered: 07/13/2006) |

| 07/18/2006 | �e | Case unsealed as to Walter Armadrashad Yates pursuant to notice from USMS. (ajr) (Entered: 07/18/2006) |
|---|---|---|
| 07/18/2006 | �e | Arrest of Walter Armadrashad Yates (sql, ) (Entered: 07/19/2006) |
| 07/18/2006 | �e5 | CJA 23 Financial Affidavit by Walter Armadrashad Yates (sql, ) (Entered: 07/19/2006) |
| 07/18/2006 | �e | ORAL MOTION to Appoint Counsel by Walter Armadrashad Yates. (sql, ) (Entered: 07/19/2006) |
| 07/18/2006 | �e | ORDER (ORAL) granting [] Oral Motion to Appoint Counsel: Appointed Federal Defender for Walter Armadrashad Yates as to Walter Armadrashad Yates (2). by Judge Delores R. Boyd on 7/18/2006. (sql, ) (Entered: 07/19/2006) |
| 07/18/2006 | �e6 | WAIVER of Speedy Trial by Walter Armadrashad Yates (sql, ) (Entered: 07/19/2006) |
| 07/18/2006 | �e7 | Minute Entry for proceedings held before Judge Delores R. Boyd :Arraignment as to Walter Armadrashad Yates (2) Count 2 held on 7/18/2006, Initial Appearance as to Walter Armadrashad Yates held on 7/18/2006, Plea entered by Walter Armadrashad Yates (2) Count 2. by Walter Armadrashad Yates Not Guilty on counts 2. (Recording Time FTR: 4:37 - 4:55 pm.) (sql, ) (Entered: 07/19/2006) |
| 07/18/2006 | �e8 | ORDER Setting Conditions of Release as to Walter Armadrashad Yates (2) $25,000 non-surety . Signed by Judge Delores R. Boyd on 7/18/2006. (sql, ) (Entered: 07/19/2006) |
| 07/18/2006 | �e9 | non-surety Bond Entered as to Walter Armadrashad Yates in amount of $ 25,000, (sql, ) (Entered: 07/19/2006) |
| 07/19/2006 | �e10 | Arrest Warrant Returned Executed in case as to Walter Armadrashad Yates. Defendant arrested on 7/18/06. (ajr) (Entered: 07/19/2006) |
| 07/19/2006 | �e11 | ORDER ON ARRAIGNMENT TO INCLUDE ORDER TO CONTINUE - Ends of Justice as to Walter Armadrashad Yates; Pretrial Conference set for 10/16/2006 11:00 AM in Courtroom 4A before Honorable Delores R. Boyd. Jury Trial set for 1/8/2007 before Honorable William Keith Watkins. Pretrial Motions due by 10/11/2006. Discovery due from defendant by 8/1/2006. Signed by Judge Delores R. Boyd on 7/19/06. (ajr) (Entered: 07/19/2006) |
| 07/26/2006 | �e15 | NOTICE OF ATTORNEY APPEARANCE: Donnie Wayne Bethel appearing for Walter Armadrashad Yates (Bethel, Donnie) (Entered: 07/26/2006) |
| 07/26/2006 | �e16 | Arrest Warrant Returned Executed in case as to Walter Armadrashad Yates. Defendant arrested on 7/18/06. (ajr) (Entered: 07/26/2006) |

| 08/03/2006 | ☝17 | AMENDED ORDER ON ARRAIGNMENT as to Walter Armadrashad Yates Pretrial Conference set for 10/13/2006 11:00 AM in Courtroom 4A before Honorable Delores R. Boyd. Pretrial Motions due by 10/10/2006. Signed by Judge Delores R. Boyd on 8/3/06. (ajr) (Entered: 08/03/2006) |
| --- | --- | --- |
| 10/13/2006 | ☝37 | PRETRIAL CONFERENCE ORDER as to Walter Armadrashad Yates; Jury Selection set for 1/8/2007 before Honorable William Keith Watkins. Jury Trial (ETT 2 days) set for 1/8/2007 before Honorable William Keith Watkins. Voir Dire due by 1/2/2007; Proposed Jury Instructions due by 1/2/2007; Motions in Limine due by 1/2/2007; Notice of Intent to Change Plea due by noon on 12/27/2006. Signed by Judge Delores R. Boyd on 10/13/06. (ajr) (Entered: 10/13/2006) |
| 10/13/2006 | ☝38 | ORDER as to Walter Armadrashad Yates Change of Plea Hearing set for 11/21/2006 11:00 AM in Courtroom 4A before Honorable Delores R. Boyd. Signed by Judge Delores R. Boyd on 10/13/06. (ajr) (Entered: 10/13/2006) |
| 10/13/2006 | ☝39 | Minute Entry for proceedings held before Judge Delores R. Boyd :Pretrial Conference as to Walter Armadrashad Yates held on 10/13/2006 (Recording Time 10:53 - 10:56 am.) (sql, ) (Entered: 10/13/2006) |
| 11/21/2006 | ☝40 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Walter Armadrashad Yates (sql, ) (Entered: 11/21/2006) |
| 11/21/2006 | ☝41 | PLEA AGREEMENT as to Walter Armadrashad Yates (sql, ) (Entered: 11/21/2006) |
| 11/21/2006 | ☝42 | Minute Entry for proceedings held before Judge Delores R. Boyd :Change of Plea Hearing as to Walter Armadrashad Yates held on 11/21/2006, Plea entered by Walter Armadrashad Yates (2) Guilty Count 2. (Court Reporter Mitchell Reisner.) (sql, ) (Entered: 11/21/2006) |
| 11/21/2006 | ☝43 | ORDER as to Walter Armadrashad Yates releasing defendant pending sentencing as further set out. . Signed by Judge Delores R. Boyd on 11/21/2006. (sql, ) (Entered: 11/21/2006) |
| 11/21/2006 | ☝ | Terminate Jury Trial deadlines as to Walter Armadrashad Yates (ajr, ) (Entered: 12/11/2006) |
| 11/22/2006 | ☝44 | ORDER as to Walter Armadrashad Yates setting Sentencing for 4/10/2007 09:00 AM in Courtroom 2E before Honorable William Keith Watkins; directing counsel to communicate in writing to the PO any objections to the PSR by 3/20/07, directing counsel to be available for a conference with the PO on 3/21/07 at 10:00 a.m., as further outlined in order and directing that any motions for downward departure be filed before the conference. Signed by Judge William Keith Watkins on 11/22/06. (ajr, ) (Entered: 11/22/2006) |

| 12/04/2006 | ● | Case as to Quintin Lemuel Rollins, Walter Armadrashad Yates Reassigned to Judge Wallace Capel, Jr. Judge Delores R. Boyd no longer assigned to the case. (war, ) (Entered: 12/04/2006) |
|---|---|---|
| 01/11/2007 | ●58 | MOTION for Forfeiture of Property *(Motion for Preliminary Order of Forfeiture)* by USA as to Quintin Lemuel Rollins, Walter Armadrashad Yates. (Attachments: # 1 Text of Proposed Order)(Harmon, John) (Entered: 01/11/2007) |
| 01/16/2007 | ●59 | ORDER granting 58 Motion for Forfeiture of Property as to Quintin Lemuel Rollins (1), Walter Armadrashad Yates (2) as further set out in order and directing the Clerk to forward two certified copies of this Order to the USA's office; Signed by Judge William Keith Watkins on 1/16/07. (ajr, ) (Entered: 01/16/2007) |
| 03/19/2007 | ●63 | MOTION to Continue *Sentencing Hearing (Unopposed)* by Walter Armadrashad Yates. (Bethel, Donnie) (Entered: 03/19/2007) |
| 04/06/2007 | ●66 | ORDER as to Walter Armadrashad Yates granting 63 MOTION to Continue Sentencing Hearing filed by Walter Armadrashad Yates; Sentencing set for 4/10/07 is CONTINUED to 5/8/2007 02:15 PM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 4/6/07. (ajr, ) (Entered: 04/06/2007) |
| 04/10/2007 | ●68 | ORDER as to Walter Armadrashad Yates Sentencing set for 5/8/2007 is continued to 5/10/2007 02:15 PM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 4/10/07. (kcg, ) (Entered: 04/10/2007) |
| 05/03/2007 | ●70 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by USA as to Walter Armadrashad Yates. (Hardwick, Tommie) (Entered: 05/03/2007) |
| 05/10/2007 | ●72 | Minute Entry for SENTENCING held 5/10/07 before Judge William Keith Watkins as to Walter Armadrashad Yates. (PDF available for court use only) (Court Reporter Risa Entrekin.) (Attachments: #(1) Defendant's Witness List #(2) Defendant's Exhibit List) (ajr, ) (Entered: 05/14/2007) |
| 05/10/2007 | ● | Plea Agreement Accepted as to Walter Armadrashad Yates. (ajr, ) (Entered: 05/14/2007) |
| 05/10/2007 | ● | ORAL MOTION for Withdrawal of Plea Agreement by Walter Armadrashad Yates. (ajr, ) (Entered: 05/14/2007) |
| 05/10/2007 | ● | ORAL ORDER as to Walter Armadrashad Yates denying ORAL MOTION for Withdrawal of Plea Agreement filed by Walter Armadrashad Yates . Entered by Judge William Keith Watkins on 4/10/07. (ajr, ) (Entered: 05/14/2007) |
| 05/10/2007 | ● | ORAL ORDER as to Walter Armadrashad Yates granting 70 MOTION for Reduction in Criminal Offense Level for Acceptance |

| | | of Responsibility filed by USA . Entered by Judge William Keith Watkins on 5/10/07. (ajr, ) (Entered: 05/14/2007) |
|---|---|---|
| 05/10/2007 | 73 | ORDER as to Walter Armadrashad Yates that the defendant be released and continued under the same conditions imposed by the U.S. Magistrate Judge on 7/18/07. Signed by Judge William Keith Watkins on 5/10/07. (ajr, ) (Entered: 05/14/2007) |
| 05/11/2007 | 71 | MOTION to Add Publication Dates to Record by USA as to Quintin Lemuel Rollins, Walter Armadrashad Yates. (Attachments: # 1 Publication Affidavit)(Harmon, John) (Entered: 05/11/2007) |
| 05/16/2007 | 74 | JUDGMENT as to Walter Armadrashad Yates (2), Count(s) 2, 46 Mos Imp; 2Y SUP REL; $100 SA . Signed by Judge William Keith Watkins on 5/16/07. (ajr, ) (Entered: 05/16/2007) |
| 05/25/2007 | 75 | ORDER granting 71 Motion to Add Publication Dates To Record as to Quintin Lemuel Rollins (1), Walter Armadrashad Yates (2). Signed by Judge William Keith Watkins on 5/25/2007. (ag, ) (Entered: 05/25/2007) |
| 06/11/2007 | 76 | Final MOTION for Forfeiture of Property *(Motion for a Final Order of Forfeiture)* by USA as to Quintin Lemuel Rollins, Walter Armadrashad Yates. (Attachments: # 1 Text of Proposed Order)(Harmon, John) (Entered: 06/11/2007) |
| 07/20/2007 | 77 | FINAL ORDER DIRECTING FORFEITURE OF PROPERTY (firearms) as to Quintin Lemuel Rollins, Walter Armadrashad Yates as further outlined in order and directing the clerk to forward two certified copies of this order to the USA's office. Signed by Judge William Keith Watkins on 7/20/07. (ajr, ) (Entered: 07/20/2007) |
| 09/27/2007 | 78 | ORDER as to Walter Armadrashad Yates that the bench conference portion of the sentencing transcript be placed under seal. Signed by Judge William Keith Watkins on 9/27/07. (ajr, ) (Entered: 09/27/2007) |
| 09/27/2007 | 79 | TRANSCRIPT of SENTENCING HEARING (PDF available for court use only) as to Walter Armadrashad Yates held on 5/10/07 before Judge Keith Watkins. Court Reporter: Risa Entrekin. (ajr, ) (Entered: 09/27/2007) |
| 09/27/2007 | 80 | SEALED TRANSCRIPT of 5/10/07 Bench Conference Portion of Sentencing Hearing as to Walter Armadrashad Yates held before Judge W. Keith Watkins. (ajr, ) (Entered: 09/28/2007) |