IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WALTER ARMAD RASHAD YATES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CV-66-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## **ORDER**

On December 1, 2009, the Magistrate Judge filed a Recommendation in this case (Doc. # 7), to which no objections were filed. Upon independent review of the record, and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED;

(2) Petitioner's 28 U.S.C. § 2255 motion to vacate (Doc. # 1) is DENIED; and

(3) this case is DISMISSED with prejudice.

DONE this 5th day of January, 2010.

                                    /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE